**Exhibit A to the Complaint**

**Location:** Lambertville, NJ  **IP Address:** 73.10.181.149
**Total Works Infringed:** 36  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A00864522771B10693468CFCE6A03C679FF853F9<br>File Hash:<br>D5E0E681B4C6999CA8A338538F972D2F8D7C5BC38CEE1862F45C24FC6C289E0B | 09-07-2023<br>02:18:08 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 2 | Info Hash: 3003F609841FF5967AD04619C0160667AE41CD72<br>File Hash:<br>97134D048E3979F359DB53211522BC63D94B9C440A0EBB3C0FCC966D71340009 | 09-07-2023<br>02:10:49 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 3 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash:<br>538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 09-07-2023<br>02:00:09 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |
| 4 | Info Hash: 124B0D68F9C3D84844617784C0772D7E17AE3CFC<br>File Hash:<br>AC76BE5D76A1FDFB11727DDC58FC55B708C3C00A1C8D4E80B23C4DE65977AA9F | 09-07-2023<br>01:59:23 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 5 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash:<br>B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 09-07-2023<br>01:58:09 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 6 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash:<br>4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 09-07-2023<br>01:56:26 | Vixen | 05-19-2023 | 06-09-2023 | PA0002415364 |
| 7 | Info Hash: 5C33F19BCA7CAD3651AA8B7B355751DC262386DD<br>File Hash:<br>C8E77E0DA855FB09DB31D86FB267C46506F96B2153DD4DDE759D133DF9DDB0DD | 09-07-2023<br>01:50:52 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 8 | Info Hash: 9501E91F61C401FBAAD633A95DEB379C1A0DFCC4<br>File Hash:<br>742D96984523D68AEF4C8A821BB7F901BD810CFBEE4026C03976FFAE7252C450 | 09-07-2023<br>01:49:04 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 9 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash:<br>8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 09-07-2023<br>01:47:40 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 10 | Info Hash: 3A1EF43EC9451A65BD76019B0D4B99B337BEB1E1<br>File Hash:<br>292C680862EB7562E90DCD4856FEA9B5B4AA7DC50B7F49F550FB5342B4E3CA29 | 09-07-2023<br>01:47:35 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 11 | Info Hash: 888B4A983B74213898B7979FC4AD57C0D176885B<br>File Hash:<br>E2D0D26DE1B6D5F935F6A6F484B9D3A790F8C424936AE5BBAD33000A5155493E | 09-07-2023<br>01:47:17 | Vixen | 08-25-2023 | 09-18-2023 | PA0002431081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 1A3BB4E8163B5F1CD768FCF274F03B6512CC0872<br>File Hash: B21D9A5CEA58190545E356A4787140107DB2E6BD3D00903869BEE3827FA3CA3A | 09-07-2023 01:39:07 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 13 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash: E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 09-07-2023 01:37:21 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 14 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 06-20-2023 14:36:31 | Tushy | 03-01-2020 | 04-15-2020 | PA0002244962 |
| 15 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 06-19-2023 06:36:21 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 16 | Info Hash: FA559A61850FE6B3A7C43F46FE168F51ABCB8C2A<br>File Hash: F8A46AEC8B6B5FEDEA126180DB4ED9C9B694D8A1CB2EC79EBF46465179F5BB42 | 06-19-2023 06:27:01 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 17 | Info Hash: AB12847FF804779BADEC53B69E05063A9CDD8255<br>File Hash: 94486457EB79A50041AD080CEAC54E077B6DB28A76D0E51EAB8B119764A42E2C | 06-19-2023 06:25:06 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 18 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash: FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 06-19-2023 06:24:06 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 19 | Info Hash: AA3FB04EFC0E38A78373A1FB20AF306DC666874E<br>File Hash: F810BD0857FA76C941DFC8A8CC363228444D521BB26BC62F60105DC897EC1E7E | 06-19-2023 06:18:06 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 20 | Info Hash: 27E4DD8D42171C0AAB831058840F10E83EDC7AFD<br>File Hash: 8884B792ACF326192D6E2488299982EC9AF0E58EC725E9871EAA7643B5D1733D | 06-19-2023 03:11:06 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 21 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 06-19-2023 03:03:16 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 22 | Info Hash: D70316B223A58E7A96123A8EB37CAE5DF0ACDB64<br>File Hash: 2AC3FEC454A28DC979BCAA5A0682B453AF715708C5FDA61F4DD3CF8718391E62 | 06-19-2023 03:00:49 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 23 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 06-19-2023 02:55:02 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 35715998120E4934BEEFD7F4F50AAF323FDE732E<br>File Hash: 255FDF4A2DFC3D182BEA301C297B889372478C7B59B9AC82AEC038D065CE14EF | 06-19-2023 02:51:44 | Tushy | 04-16-2023 | 05-14-2023 | PA0002411274 |
| 25 | Info Hash: 875CA79E6D6EE476DE1AE5755AAE3A629CF99424<br>File Hash: 1F03323DBF4E1FE5057CBF65084D2A0AAC7A472E319493B289B581A76F952D02 | 06-19-2023 02:51:32 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 26 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 06-19-2023 02:51:24 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |
| 27 | Info Hash: F2055D8DB0907EA6B1AA0C0A177F4A3F80EF06F7<br>File Hash: 88110DF377677322138F50CC964E7ADA4391368464113749482C6F3F8E41AB5F | 05-01-2023 01:37:55 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 28 | Info Hash: 386DE95EBFF103E46DFF55840FD0243266FCF2D5<br>File Hash: 4DE3C513FD655A863E743E2BEDAD9362330D5C498C24C8C0D68D6C25D50DA7DB | 05-01-2023 01:37:42 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 29 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 04-30-2023 15:50:06 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 30 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 04-30-2023 15:49:17 | Vixen | 12-20-2018 | 01-22-2019 | PA0002147683 |
| 31 | Info Hash: C150DD4EA52EDE4E3CE588428B9F92A304F7CBCD<br>File Hash: 8F6FC4AD709395A52589D32F7A65527646F11E0E08824160D55DA0315F1D1B2F | 04-30-2023 13:36:26 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 32 | Info Hash: AEE9101B0F29873FC44DBCF3FB3E261AA44B25FC<br>File Hash: 5357F350DC180E4750FE7271AC4CB372166EC9146B7D55BDECAD6AD041C6872F | 04-30-2023 13:34:25 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 33 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 04-30-2023 06:20:34 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 34 | Info Hash: 843252C34A08DF36967AC350101638400957B344<br>File Hash: EEB99E78B3AB556BD561F65B464A8F72C78FBAB27E453DDC28996B081BE5C3F6 | 04-30-2023 06:18:18 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 35 | Info Hash: 8151CF541971EF70109DA42D60358D50840274AE<br>File Hash: 591212526EE8DDBA01391F3A35415DC463395B83E09F8F616EBB2BB53C493B2A | 04-30-2023 06:06:17 | Tushy | 01-26-2018 | 02-20-2018 | PA0002104196 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D9B1DF7BC274B9B2FD62B907A347B747E0621AAF<br>File Hash: F84CDC34E7CD7560A2F0774E72CFD11342AB9E6FA7CFEA46D863171B8F961D56 | 04-30-2023 01:31:31 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |